461 A.2d 866

Commonwealth v. Forbes, Appellant.

Submitted May 10, 1982.   Edgar R. Casper, for appellant;  Samuel E. Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed.

461 A.2d 866

Commonwealth v. Gambling Devices/Proceeds.

Appeal of Anthony Cheseroni.

Submitted February 16, 1983.   Stephen Cohen, for appellant;  Douglas L. Smith, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

The order of the lower court is affirmed.